# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2007

135275-6

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DAVID METCALF and SHERRY METCALF,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

DUANE ARMAS NIEMINEN,
       Respondent-Appellant,

and

SHERRY MARIE METCALF
       Respondent.

SC: 135275-6
COA: 276846-7
Oakland CC
Family Division: 06-725913-NA

_____/

      On order of the Court, the application for leave to appeal the October 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2007

s1204

Clerk